UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Michain R. Gust,**

    **Plaintiff,**　　　　　　　　　　　　Case No. 2:19-cv-3971

    v.　　　　　　　　　　　　　　　　Judge Michael H. Watson

**Commissioner of Social Security,**　　Magistrate Judge Jolson

    **Defendant.**

### ORDER

On April 27, 2020, United States Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending that the Court overrule Plaintiff's statement of specific errors and affirm the decision of the Commissioner of Social Security.  ECF No. 12.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1).  *Id.*  The R&R further advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R.  *Id.*  The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**.  The Commissioner's decision is **AFFIRMED**.  The Clerk shall enter judgment for Defendant and terminate this case.

    **IT IS SO ORDERED.**

                                      */s/ Michael H. Watson*
                                      **MICHAEL H. WATSON, JUDGE**
                                      **UNITED STATES DISTRICT COURT**